**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 720 MAL 2018
:
Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
CHRISTOPHER M. REDMOND,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.